## BARTLEY v. STATE.
### No. 15060.

Court of Criminal Appeals of Texas.
Jan. 13, 1932.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

### CHRISTIAN, J.

The offense is robbery; the punishment, confinement in the penitentiary for seventeen years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

### PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals, and approved by the court.

## HENDERSON v. STATE.
### No. 15002.

Court of Criminal Appeals of Texas.
Jan. 13, 1932.

M. L. Arrington, of Mineral Wells, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

### HAWKINS, J.

Conviction is for transporting intoxicating liquor; punishment being one year in the penitentiary.

The record contains neither statement of facts nor bills of exception. In such condition, no question is presented for review.

The judgment is affirmed.